# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIGI SOUTHWOOD** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-2569** |
| **v.** | : | |
| | : | |
| **MILESTONE MANAGEMENT PA-FEASTERVILLE, LLC,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 16th day of September 2020, upon consideration of the parties' *joint motion for approval of settlement agreement*, [ECF 17], it is hereby **ORDERED** that the motion is **GRANTED** and the parties' Settlement Agreement, attached to the underlying motion, is **APPROVED**. It is further **ORDERED** that this matter is **DISMISSED**, with prejudice.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*